# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INNOCOLL PHARMACEUTICALS, LTD.** and **INNOCOLL BIOTHERAPEUTICS N.A., INC.**,<br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**ASTRAZENECA PLC,**<br>**ASTRAZENECA CHINA LTD.,** and **ASTRAZENECA INVESTMENT (CHINA) CO., LTD.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>NO. 23-3601 |

# O R D E R

**AND NOW**, this 18th day of October, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 11) and Plaintiff's Response thereto (ECF No. 15), it is **ORDERED** that the Motion to Dismiss is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**